FRANCES BROWNING HYNES, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament of EDWARD W. BROWNING, Deceased, and the Codicil Thereto, EDBRO REALTY Co., INC., and DOROTHY BROWNING HOOD, an Infant, by DANIEL A. SHIRK, Her Guardian ad Litem, Appellants, Impleaded with Others.—Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to affirm as to defendant Title Guarantee and Trust Company; reverse as to defendant Edbro Realty Co., Inc., and modify as to defendant Dorothy Browning Hood, by Daniel A. Shirk, her guardian ad litem, by denying the motion to strike out the first, second and fourth affirmative defenses.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL E. PATERNO, Appellant.— Judgment unanimously reversed and the information dismissed, on the ground that the guilt of the defendant of the crime charged was not established beyond a reasonable doubt. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JOHN P. PARSONS, Respondent, and MILDRED PARSONS, Plaintiff, v. LIBERTY NATIONAL BANK AND TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MARGARET E. MACNAIR, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ARTHUR S. COWAN, as Assignee of JENNIE L. REDDY, Suing Herein Individually and for the Benefit of All of the Creditors of ARTHUR J. REDDY, Deceased, Respondent, v. MARIE L. GLEASON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of MERCHANTS REFRIGERATING COMPANY; Petitioner, for a Certiorari Order against FRANK J. TAYLOR, Comptroller of the City of New York, Respondent.— Orders of certiorari unanimously dismissed and determinations of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present —Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JOHN J. MCNALLY, Respondent, v. CARDINALE TRUCKING CORP., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,177.25; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JULIUS DILOFF, Appellant, v. SAMUEL B. BURK, Respondent, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.